## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 4:22-CR-54-1M

**JUSTIN STOLL**

On July 27, 2022, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

        I declare under penalty of perjury that the foregoing is true and correct.

        /s/Timothy L. Gupton  
        Timothy L. Gupton  
        Senior U.S. Probation Officer  
        310 New Bern Avenue, Room 610  
        Raleigh, NC 27601-1441  
        Phone: 919-861-8686  
        Executed On: May 15, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __23__ day of __May__, 2024.

        Richard E. Myers II  
        Chief United States District Judge